AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:25mj5 |
| Ahmad Z'Yiem Guilford | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: McMillan Federal Building<br>401 West Evans Street<br>Florence, S. C.  29502 | Courtroom No.: #3 |
|---|---|
| | Date and Time: January  2026 @ 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    01/20/2026

*Judge's signature*

Hon. Thomas E Rogers III, U.S. Magistrate Judge
*Printed name and title*